UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS TARBUTTON,<br><br>             Plaintiff,<br><br>      v.<br><br>N. ZEYAAD, *et al.*,<br><br>             Defendants. | Case No.  2:23-cv-02043-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 8<br><br>RESPONSE DUE FEBRUARY 1, 2024 |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 8. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 8, is granted.

2. Plaintiff is granted until February 1, 2024, to file an amended complaint.

3. Failure to comply with this order may result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated:    December 19, 2023                                      _____
                                                                                JEREMY D. PETERSON
                                                                                UNITED STATES MAGISTRATE JUDGE