UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS TARBUTTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>N. ZEYAAD, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:23-cv-02043-DJC-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS<br><br>ECF No. 12<br><br>OBJECTIONS DUE JUNE 28, 2024 |

　　　Plaintiff has filed a motion for an extension of time to file objections to the May 14, 2024 findings and recommendations.  ECF No. 12.

　　　Good cause appearing, it is hereby ORDERED that:

　　　1. Plaintiff's motion for an extension of time, ECF No. 12, is granted.

　　　2. Plaintiff is granted until June 28, 2024, to file objections to the May 14, 2024 findings and recommendations.

IT IS SO ORDERED.

Dated:　May 28, 2024　　　　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE